**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **GREGORY HAYES,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. 4:06CV557-DJS |
| ) | |
| **MICHAEL BOWERSOX,** ) | |
| ) | |
| Respondent. ) | |

### JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 [Doc. #1] is denied.

**IT IS FURTHER ORDERED** that no certificate of probable cause to appeal or certificate of appealability shall issue from this Court.

Dated this   30th   day of December, 2008.

                                        /s/Donald J. Stohr
                                        UNITED STATES DISTRICT JUDGE